UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMAD BROTHERS, INC.,

            Plaintiff,

           -against-

BOKARA RUG CO. INC., JAN SOLEIMANI,
and GABRIEL VAKNIN,

           Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/10

**ORDER**
09 Civ. 5843 (JFK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Having reviewed in camera all the e-mail messages listed in the plaintiff's July 27, 2010 privilege log, which the plaintiff asserts are protected work product, IT IS HEREBY ORDERED that the plaintiff need not disclose these e-mail messages to the defendants.

Dated: New York, New York
       July 29, 2010

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE