```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAMAD BROTHERS, INC.,                       :

                Plaintiff,                  :
                                                        ORDER
        -against-                           :
                                                        09 Civ. 5843 (JFK)(KNF)
BOKARA RUG COMPANY, INC., ET AL.,           :

                Defendants.                 :
------------------------------------------------------- X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

  A telephonic conference was held with counsel to the respective parties on August 10, 2010, to resolve certain discovery disputes that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.  the defendants shall, on or before August 13, 2010, supplement the responses made previously to the plaintiff's discovery demands and, to the extent the defendants have not responded to outstanding discovery demands, they must do so, on or before August 13, 2010, without objection;

2.  the plaintiff's request that the defendants be directed to assist it in obtaining an inventory of allegedly infringing rugs, by, inter alia, providing personnel to transfer rugs from the defendants' warehouse to another location, is denied;

3.  the plaintiff must disclose to the defendants its copyright registration certificates and correspondence with the Copyright Office regarding same; and

4. on or before August 20, 2010, the parties shall confer regarding documents the plaintiff possesses concerning assignments or transfers of copyrights to it and, thereafter, if a controversy remains concerning disclosure by the plaintiff to the defendants of any such data, the parties shall present the matter to the Court for resolution.

Dated: New York, New York
August 11, 2010

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE