KEENAN, J.

8-16-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SAMAD BROTHERS, INC.

        Plaintiff

        -against-

BOKARA RUG CO., INC., JAN SOLEIMANI, AND
GABRIEL VAKNIN,

        Defendants
------------------------------------------------------------ X

Case No. 09 CV 5843
(JFK)(KNF)
ECF Case

CONSENT TO CHANGE
ATTORNEY

    IT IS HEREBY CONSENTED that Lewis Brisbois Bisgaard & Smith, LLP with an office located at 199 Water Street, 25th floor, New York, New York 10038, be substituted as attorney(s) of record for the Defendants in the above-entitled action in place and in stead of Cowan, Liebowitz & Latman, P.C. as of the date hereof.

    Facsimile signatures shall be deemed originals for purposes of this Consent, and the parties agree that the Consent may be filed with the Court with such facsimile signatures.

Dated:  New York, New York
          August 12, 2010

Jura Zibas (JZ 8970)
Joanne Romero (JR 0275)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-1300
(212) 232-1399 fax
*In-coming counsel for Defendants*

Ronald William Meister (RWM@cll.com)
Thomas Kjellberg (TXK@cll.com)
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9255
(212) 575-0671 fax
*Out-going counsel for Defendants*

4843-7199-2519.1

BOKARA RUG CO., INC.

By: _____

JAN SOLEIMANI

GABRIEL VAKNIN

8/16/10

So Ordered:

John F. Keenan
  USDJ

4843-7299-2519.1

2