UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Samad Brothers, Inc.          Plaintiff,                09 Civ 5843 (UFK/KNF)

-against-

Bokara Rug Co., Inc. et al.   Defendant.
--------------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: **Joanne J. Romero**

[X]   Attorney

    [X]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: **JR 0275**; My State Bar Number is: _____

    [ ]   I am a Pro Hac Vice attorney

    [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

    From: **NO CHANGE**

    To: _____

    [ ]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:   **77 Water Street, Suite 2100**

                  **New York, NY 10005**

[ ] Telephone No.:   **NO CHANGE**

[ ] Fax No.:   **NO CHANGE**

[ ] E-Mail Address:   **No change**

Dated: 8/26/10

ATTORNEY'S SIGNATURE