UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SAMAD BROTHERS, INC.,                      :

              Plaintiff,              :

    -against-                              :

BOKARA RUG COMPANY, INC., ET AL.,          :

            Defendants.             :
-------------------------------------------------------------X

ORDER

09 Civ. 5843 (JFK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The parties' request, that the time for them to complete their pretrial discovery activities

be enlarged sixty (60) days, from September 30, 2010 to November 30, 2010, is granted.

Dated:  New York, New York
       September 29, 2010

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE