# KAUFMAN & KAHN, LLP

**MEMO ENDORSED**



October 6, 2010

BY FAX: (212) 805-7911

Hon. John F. Keenan
U.S. District Court, S.D.N.Y.
United States Court House
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-7-10

    Re:    *Samad Brothers, Inc. v. Bokara Rug Co., Inc.*
           (S.D.N.Y., Case No. 09-cv-5843 (JFK / KNF))

Dear Judge Keenan:

    We are counsel to plaintiff in the above-entitled case. We are writing to request that the status conference presently scheduled to take place in this case on October 13, 2010 be adjourned to a date after November 30, 2010, when discovery is now scheduled to end. Defendants' counsel has consented to the same.

    Thank you for your consideration of this matter.

Respectfully submitted,

Mark S. Kaufman

Cc. (by email): Jura Zibas, Esq.

---

```
The application is granted.  The status
conference is re-scheduled for Dec. 8,
2010, at 10:15 a.m.

SO ORDERED.
Dated:  New York, N.Y.
        October 7, 2010
```

                U.S.D.J.

747 THIRD AVENUE, 32ND FLOOR • NEW YORK, NEW YORK 10017
PHONE: 212-293-5556 • FAX: 212-355-5009 • KAUFMAN@KAUFMANKAHN.COM