UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SAMAD BROTHERS, INC.,                                  :

            Plaintiff,                                  :    Case No. 09 Civ. 5843
                                                                           (JFK / KNF)
   -- against --                                              :

BOKARA RUG CO. INC., JAN SOLEIMANI, and    :    **NOTICE OF MOTION**
GABRIEL VAKNIN,
                                                                            :
           Defendants.
                                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636, plaintiff Samad Brothers, Inc., by their attorneys, will move this Court, before the Honorable John F. Keenan, upon the annexed declaration of Mark S. Kaufman, and the exhibits annexed thereto, and the accompanying Memorandum of Law, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order modifying a Memorandum and Order rendered by Magistrate Judge Kevin N. Fox on October 19, 2010 (Docket No. 54), which denied plaintiff's motion to amend the pleadings and to file the proposed Fourth Amended Complaint.

      Pursuant to Fed. R. Civ. P. 72(a) and Local Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Rules of Individual Practice, a Proposed Order concerning this motion is attached hereto.

Dated: New York, New York
      November 1, 2010

                                        KAUFMAN & KAHN, LLP

                                        _____
                                        Mark S. Kaufman
                                              (Email:  kaufman@kaufmankahn.com)
                                        747 Third Avenue, 32nd Floor
                                        New York, NY  10017
                                        (212) 293-5556
                                        Attorneys for Plaintiff