UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     x

SAMAD BROTHERS, INC.,                                     :

                    Plaintiff,                    :      Case No. 09 Civ. 5843
                                        (JFK / KNF)

          -- against --                              :

BOKARA RUG CO. INC., JAN SOLEIMANI, and    :      **NOTICE OF MOTION**
GABRIEL VAKNIN,

                                 :

                Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     x

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. Pro. Rule 45 and, plaintiff

Samad Brothers, Inc., by their attorneys, will move this Court, before the Honorable John F.

Keenan, upon the annexed declaration of Mark S. Kaufman, and the exhibits annexed thereto,

and the accompanying Memorandum of Law, at the United States Courthouse, 500 Pearl Street,

New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to

Fed. R. Civ. Pro. Rule 45 to quash the subpoena dated October 27, 2010, issued to Vikram

Kapoor.

      Pursuant to Local Rule 6.1(b), any opposing affidavits and answering memoranda shall

be served within fourteen days after service of the moving papers, and any reply affidavits and

memoranda of law shall be served within seven days after service of the answering papers.

Dated: New York, New York
       November 11, 2010

                              KAUFMAN & KAHN, LLP

                              _____

                              Mark S. Kaufman
                                 (Email: kaufman@kaufmankahn.com)
                              747 Third Avenue, 32nd Floor
                              New York, NY 10017
                              (212) 293-5556
                              Attorneys for Plaintiff