AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

Lourdes Keating, being duly sworn, deposes and says:

I am not a party to this action, I am over eighteen (18) years of age and I reside in the State of New Jersey, County of Hudson.

That on the 7th day of December, 2010, I served a true copy of the annexed Notice of Motion to Compel, Memorandum of Law in Support to Defendants' Motion to Compel; and Declaration of Joanne J. Romero, Esq. dated December 7, 2010 with Exhibits:

upon the following:

Kaufman & Kahn, LLP
747 Third Avenue, 32nd Floor
New York, NY  10017
Attn:  Mark S. Kaufman, Esq.
*Attorneys for Plaintiff(s)*

by federal express within the State of New York.

_____
Lourdes Keating

Sworn to before me this
7th day of December, 2010

_____
Notary Public

TERRY WATTS ROBINSON
NOTARY PUBLIC, State of New York
No. 01RO6213243
Qualified in Queens County
Commission Expires Nov. 2, 2013

4823-8474-2920.1