UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SAMAD BROTHERS INC.

                Plaintiff,

-against-

BOKARC REG CO., INC.

                Defendant.
---------------------------------------------------------------X

*09-cv 5843 JFK/KNF*

## NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending      [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

[x] Attorney

    [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: __JZ8970__ ; My State Bar Number is: __2702033__

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[x] Law Firm/Government Agency Association

    From: Lewis Brisbos Bisgaard & Smith LLP

    To: Wilson Elser Moskowitz Edelman & Dicker LLP

    [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address: 150 East 42nd Street

New York, NY 10017

[x] Telephone No.: 212-915-5756

[x] Fax No.: 212-490-3038

[x] E-Mail Address:

Dated:

                            ATTORNEY'S SIGNATURE