UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SAMAD BROTHERS, INC.,                   :
                                        :
                        Plaintiff,      :
                                        :         09 Civ. 5843 (JFK)
         -against-                      :
                                        :             ORDER
BOKARA RUG CO., INC., et al.,           :
                                        :
                        Defendants.     :
----------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Court has received letters from plaintiff Samad Brothers, Inc. dated January 6 and 7, 2011, requesting the adjournment of a premotion conference scheduled for January 13, 2011 at 11:00 a.m., and has received a letter from defendant Bokara Rug Co., Inc. dated January 7, 2011, opposing adjournment of the conference.

The premotion conference is hereby adjourned until January 26, 2011 at 11:00 a.m.

**SO ORDERED.**

Dated:   New York, New York
         January 13, 2011

                                            _____
                                                   JOHN F. KEENAN
                                            United States District Judge