## CERTIFICATE OF SERVICE

I, Scott Smedresman, hereby certify that on this 28th day of February, 2011, I caused true and correct copies of the foregoing **MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS AND CONTEMPT, DECLARATION OF DAVID LEW** and **DECLARATION OF JURA C. ZIBAS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS AND CONTEMPT** to be served by ECF and overnight mail upon the addressee listed below:

Mark S. Kaufman, Esq.
Kaufman & Kahn
747 Third Avenue, 32nd Floor
New York, NY 10017
Email: kaufman@kaufmankahn.com

_____
Scott Smedresman