# CERTIFICATE OF SERVICE

I, Scott Smedresman, hereby certify that on this 28th day of February, 2011, I caused true and correct copies of the foregoing **NOTICE OF MOTION TO OBJECT TO MAGISTRATE JUDGE'S ORDER DATED FEBRUARY 10, 2011, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER DATED FEBRUARY 10, 2011, DECLARATION OF DAVID LEW IN SUPPORT OF OBJECTION TO MAGISTRATE JUDGE'S ORDER DATED FEBRUARY 10, 2011 and DECLARATION OF JURA C. ZIBAS IN SUPPORT OF DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER DATED FEBRUARY 10, 2011** to be served by overnight mail upon the addressee listed below:

Mark S. Kaufman, Esq.
Kaufman & Kahn
747 Third Avenue, 32nd Floor
New York, NY 10017

_____
Scott Smedresman

4343919.1