## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing **Memorandum of Law, Notice of Motion and Declaration** is being distributed via ECF Electronic Filing and Overnight Mail, on the date shown below:

> Mark S. Kaufman, Esq.
> Kaufman & Kahn LLP
> 747 Third Avenue, 32nd floor
> New York, New York 10017

_____
Scott M. Smedresman

_March 4, 2011_
(Date)