UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAMAD BROTHERS, INC.,  :

                Plaintiff,  :

     -against-  :

BOKARA RUG COMPANY, INC., ET AL.,  :

                Defendants.  :
------------------------------------------------------------X

ORDER

09 Civ. 5843 (JFK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In a letter dated March 4, 2011, the plaintiff requested that the Court permit it to amend its sanctions motion, if that motion is not entertained by the assigned district judge and is referred to the Court for resolution. The assigned district judge has determined to resolve the plaintiff's sanctions motion and, thus, all matters pertinent thereto must be addressed to the assigned district judge. If the plaintiff elects not to pursue its sanctions motion, or some portion of it by withdrawing it, that is the plaintiff's choice. However, the plaintiff cannot forum shop, which appears to be its aim. Such conduct will not be countenanced by the court.

Dated:  New York, New York
         March 10, 2011

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE