CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing **Reply Memorandum of Law in Support of Defendant's Objection and Second Declaration of Jura Zibas in Support of Defendant's Objection** is being distributed via ECF Electronic Filing and Overnight Mail, on the date shown below:

> Mark S. Kaufman, Esq.
> Kaufman & Kahn LLP
> 747 Third Avenue, 32nd floor
> New York, New York 10017

*(signature)*
Nicolina Demolfetto

March 16, 2011
(Date)

4365350.1