UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMAD BROTHERS, INC., <br><br> Plaintiff, <br> v. <br><br> BOKARA RUG CO. INC., JAN SOLEIMANI, and GABRIEL VAKNIN, <br><br> Defendants. | Case No.: 09-cv-5843 (JFK)(KNF) <br><br> **SECOND DECLARATION OF JURA C. ZIBAS IN SUPPORT OF MOTION IN LIMINE** |

I, Jura C. Zibas, do declare and say:

**1.**   I am an attorney at Wilson Elser Moskowitz Edelman & Dicker, LLP, counsel to defendants Bokara Rug Co. Inc., Jan Soleimani and Gabriel Vaknin (collectively "Bokara"). I make this declaration from personal knowledge and based on a review of the files of this case.

**2.**   Attached hereto as **Exhibit 1** is a true and correct copy of e-mail correspondence between counsel to Bokara and counsel to Vikram Kapoor ("Kapoor"). In response to this correspondence, requesting an extension of time for Kapoor to submit proposed changes to his testimony, counsel to Bokara granted the request.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:   April 7, 2011
         New York, New York

                                              _____
                                                   JURA C. ZIBAS

4364994.1

# EXHIBIT 1

## Smedresman, Scott

**From:** Zibas, Jura C.
**Sent:** Wednesday, April 06, 2011 3:17 PM
**To:** Smedresman, Scott
**Subject:** FW: Bokara, et al. v. Kapoor, et ano.

Jura C. Zibas
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
212-915-5756 (Direct)
212-490-3000 (Main)
212-490-3038 (Fax)
jura.zibas@wilsonelser.com

**From:** S.KORENBAUM@comcast.net [mailto:S.KORENBAUM@comcast.net]
**Sent:** Thursday, January 13, 2011 1:16 PM
**To:** Zibas, Jura C.
**Subject:** Bokara, et al. v. Kapoor, et ano.

Dear Jura:

Presently, Mr. Kapoor's time to return his deposition transcript is due on January 18, 2011. On Tuesday, January 11, 2011, Mr. Kapoor's father-in-law died (if you need proof of death I can provide you with Mr. Kapoor's e-mail to me about this). I respectfully request that Mr. Kapoor be given until Friday, January 21, 2011, to correct his deposition testimony.

Please let me know at your first opportunity whether you are willing to extend the time until January 21st.


Scott A. Korenbaum, Esq.
111 Broadway, Suite 1305
New York, New York  10006
(o) (212) 587-0018
(f) (212) 346-4665